AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

SEALED

| | |
|---|---|
| United States of America<br>v. | )<br>)<br>)  Case No.<br>)<br>)    1:25-mj-1025-MG<br>)<br>) |
| Jason Baker, Jr. | |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____4/24/2025_____ in the county of _____Monroe_____ in the _____Southern_____ District of _____Indiana_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Unlawful Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Karl Fredriksen

_Complainant's signature_

Karl Fredriksen, FBI

_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by _____ telephone _____ (_reliable electronic means_)

Date:  11/3/25

City and state:                Indianapolis, IN

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Karl Fredriksen, being duly sworn, hereby states as follows:

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the FBI's Chicago Field Office. I have been a Special Agent with the FBI since 2022. I am currently assigned to the Windy City Violent Street Gang Task Force, a joint federal and local task force investigating violations of federal law committed by criminal street gangs and other violent criminal organizations in the Chicagoland area. I have received training in and have experience investigating violations of federal violent crime laws, including those involving the unlawful possession of firearms. I have participated in numerous investigations involving a variety of investigative techniques, including physical and electronic surveillance methods; the analysis of a wide variety of records and data, including cell phone location data; and the debriefing of defendants, confidential sources, and witnesses. I have participated in the execution of multiple federal search warrants and numerous arrests, searches and seizures. I have previously testified in judicial proceedings and prosecutions of violations of federal criminal statutes.

2. The information set forth in this Affidavit is based upon my participation in this investigation, review of law enforcement reports and other evidence, discussions with other law enforcement officers involved in the

1

investigation, and my training and experience. This Affidavit does not set forth every fact I have learned during this investigation, but rather is provided solely for establishing probable cause in support of an application for a Criminal Complaint in this matter.

3. This Affidavit is submitted in support of a Criminal Complaint charging Jason BAKER JR. (date of birth X/XX/1998) with Unlawful Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1). The information contained in the following paragraphs is either personally known to me or was told to me by other law enforcement officers or witnesses.

**FACTS AND CIRCUMSTANCES SUPPORTING PROBABLE CAUSE**

4. On April 24, 2025, the Monroe County Sheriff's Office (MCSO) received a 911 call from an individual who reported seeing a gun being brandished out the passenger side window of a vehicle traveling on I-69. The caller gave a description of the vehicle and continued to follow the vehicle until deputies arrived. The caller further informed deputies that he had just sold two guns to the woman who had been driving the vehicle approximately a half-hour prior.

5. MCSO deputies responded and conducted a traffic stop of the vehicle, a 2023 gray Hyundai SUV. BAKER JR. was the front seat passenger, while his girlfriend, Brooke Campos was driving. Campos' two young children were also in the vehicle at the time of the stop. Deputies ordered Campos and BAKER JR. out of the car. They both complied and were detained in handcuffs.

2

6.    When approaching the vehicle, deputies recognized the odor of marijuana emanating from the vehicle. Deputies searched the vehicle and recovered a total of ten handguns from inside the car. A FN 5.7x28 handgun bearing serial number 386380024 was found under the driver's seat. Deputies recovered a Glock 17 9mm handgun bearing serial number BCHL642 in the glove compartment, directly in front of where BAKER JR. had been sitting in the car. The remaining eight handguns were found throughout the vehicle. Some were in tote bags, while others were in hard cases, consistent with being recently purchased. A full list of the recovered guns is included below:

a.  FN Five-Seven, 5.7x28 handgun (found under the driver's seat)

b.  Glock 17 Gen 4, 9mm handgun (found in the glove compartment)

c.  Taurus Arms G2C, .40 caliber handgun

d.  SCCY CPX-1, 9mm handgun

e.  Glock 27 Gen 4, .40 caliber handgun

f.  S&W SD9VE, 9mm handgun

g.  Taurus PT 24/7, .45 ACP handgun

h.  S&W M&P, 5.7x28 handgun

i.  Glock 17 Gen 3, 9mm handgun

j.  Canik MENE MC9, 9mm handgun

7.    Both Campos and BAKER JR. were read their *Miranda* warnings and agreed to speak with deputies. Campos stated she had purchased several firearms that day and her "personal" firearm was located under the front driver's seat. Campos

3

denied knowing whether BAKER JR. was legally allowed to possess firearms and stated he had come with her to help take care of the children. Campos further claimed she had no knowledge of a weapon having been brandished out the window of her vehicle.

8.     During his interview, BAKER JR. denied brandishing a gun out the window. BAKER JR. acknowledged he was a convicted felon but stated all the guns in the car belonged to Campos. BAKER JR. denied ever handling any of the guns in the car.

9.     Deputies made contact with the 911 caller, who confirmed he had seen a gun being displayed out the front passenger window. BAKER JR. was placed under arrest and transported to the Monroe County Jail.

10.     The FN 5.7x28 handgun recovered from under the driver's seat and the Glock 17 Gen4 9mm handgun recovered from the glovebox were processed for DNA, and investigators obtained a buccal standard from BAKER JR. pursuant to a state buccal order. The Indiana State Police (ISP) Forensic Services Regional Laboratory developed a DNA profile from a sample taken from the slide and sight of the FN 5.7x28 handgun. That DNA profile was interpreted as a mixture of four individuals. Analysis concluded the DNA profile is 4.1 billion times more likely if it originated from Jason BAKER JR. and three unknown individuals than if it originated from four unknown, unrelated individuals. This statistical analysis provides very strong support for the proposition that BAKER JR. is included in the DNA profile.

11. The ISP Forensic Services Regional Laboratory further developed a DNA profile taken from a sample of the trigger and trigger guard of the Glock 17 9mm handgun bearing serial number BCHL642. The DNA profile was interpreted as a mixture of four individuals. Analysis concluded the DNA profile is at least 1 trillion times more likely if it originated from BAKER JR. and three unknown individuals than if it originated from four unknown, unrelated individuals. This statistical analysis provides very strong support for the proposition that BAKER JR. is included in this DNA profile.

12. I have reviewed BAKER JR.'s criminal history and learned he was previously convicted of multiple felony offenses in Lake County, Indiana, including Pointing a Loaded Firearm, a level 6 felony, on or about May 22, 2017, and Domestic Battery, a Level 6 felony, and Failure to Return to a Lawful Detention Facility, a level 6 felony, on or about December 5, 2017. BAKER JR. also has multiple felony convictions in Illinois, including Unlawful Possession of a Weapon by a Felon and Escape. He is therefore prohibited from possessing firearms under both state and federal law.

13. The recovered firearms were not manufactured in the state of Indiana and therefore had to travel in interstate or foreign commerce prior to arriving in the state of Indiana.

14. All of the above occurred within the Southern District of Indiana.

## CONCLUSION AND REQUEST

15. I submit that, based on the facts set forth in this Affidavit, there is

probable cause to believe that on or about April 24, 2025, Jason BAKER JR, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm in violation of Title 18, United States Code, Section 922(g)(1). I therefore request this Court issue a Criminal Complaint charging BAKER JR with this crime, along with a warrant for his arrest.

Respectfully Submitted,

*/s/ Karl Fredriksen*
Karl Fredriksen
Special Agent, Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

11/3/2025



Mario Garcia
United States Magistrate Judge
Southern District of Indiana